

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00141-CR

_____

JOHNATHAN EDWARD CAMPBELL, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. DC30-CR2021-1344

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Becuase Appellant failed to file a brief, we abated his appeal on August 6, 2025, and we directed the trial court to conduct a hearing to determine, among other things, whether Appellant desired to prosecute the appeal. The day after our abatement order, on August 7, 2025, Appellant moved to dismiss his appeal. The motion was filed before our resolution of the case, and it was signed by both Appellant and his counsel. *See* Tex. R. App. P. 42.2(a). We therefore reinstate the appeal and grant Appellant's motion to dismiss. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 14, 2025